391 A.2d 709

Lankford, Appellant, v. City of Philadelphia.

Argued June 14, 1977. Albert C. Gekoski, with him Charles Jay Bogdanoff, for appellant; James M. Penny, Jr., Assistant City Solicitor, with him Sheldon L. Albert, City Solicitor, for appellee.

Judgment affirmed.

HOFFMAN, J., dissented and would grant a new trial.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 709

LeFebvre, Appellant, v. LeFebvre.

Submitted April 10, 1978. James B. Ceris, for appellant; Richard E. Davis, for appellee.

Order dismissing complaint in divorce affirmed.